RECEIVED
2005 DEC 14 A 8:48
DEBRA P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Muhammad Al-Amin
Full name and prison number of
plaintiff(s)

v.

Houston County Jail
~~[illegible struck-out]~~
Walker Commissary
Manager & account manager
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 1:05cv1184-T
(To be supplied by the Clerk of the
U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (✓)   No ( )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:
Plaintiff(s) One is inadequate Medical treatment and Jail refuse to utilize Jail Name
Defendant(s) Houston County Jail and Nursing staff

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket No. _____

4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? **Has Just begun**

6. Approximate date of filing lawsuit **11/17/05**

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Houston County Jail**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Houston County Jail**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Nurseing | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **12/2/05**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **during The month of Nov. I was sent $200.00 Two (2) houndred dollars.**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved). **The Jail Took Mone a Houndred dollars went To Nurseing, Nurseing $100.00, leaveing me, one (1) houndred, out of which I spent 48.75 leaveing 51.25, on 11/27/05 I ordered That 51.25, and on 12/2/05 an officer, Not The commissary operator-2- came with an order of some seven (7) dollars of which I did not accept and sent back**

GROUND TWO: I have been robbed within the Houston County Jail

SUPPORTING FACTS: I have all Fund Balance order Not dates ect, as well as The fact my mother who sent me The money Her Name is Bernice Russaw, Her address is 1100 West Newton st. Dothan Ala. 36302

GROUND THREE: The Fact that This incident happened is Pure truth of All of my complaints Filed against The Houston Co Jail

SUPPORTING FACTS: Staff and Personel, For Whatever The reason This Jail has violated, not only my civil and constitutional Rights, But my life!

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would Like The Court To give me Justice! I would Like, The court To show! This Jail and its members That They cannot misuse and abuse The civil and constitutional Rights of No! Human Being!

*Muhammad al-ameen*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12/6/05
(date)

*Muhammad al-ameen*
Signature of plaintiff(s)

-3-