AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

Plaintiff

V.

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

Defendant

CASE NUMBER: 1:05cv1184-T

I, _Muhammad al-ameen_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Houston County Jail_

   Are you employed at the institution? _NO_   Do you receive any payment from the institution? _NO_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _I receive monthly income_

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☐ No
   b. Rent payments, interest or dividends              ☐ Yes     ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes     ☐ No
   d. (Disability) or workers compensation payments     ☐ Yes     ☐ No
   e. Gifts or inheritances                             ☐ Yes     ☐ No
   f. Any other sources                                 ☐ Yes     ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   My Mother is the guardian of my income

I declare under penalty of perjury that the above information is true and correct.

_12/6/05_                           _Muhammad al-Ameen_
Date                                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

KEEFE COMMISSARY NETWORK SALES
P.O. BOX 17490
ST LOUIS, MO 63178-7490

NAME: RIVERS TERRY
NBR: 48333
BLOCK: G   TIER:   CELL:
SITE: KCN HOUSTON COUNTY JAIL   32403J 001

ORDER DATE: 11/30/05
ORDER NBR: 16676
CPR NBR: 31000 1
BEG FUND BAL: 100.00
PAGE: 1

| ORDER QTY | SITE ITEM# | KEEFE ITEM | ITEM DESCRIPTION | ITEM PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 | 0030 | 28201 | SULFUR 8 SHAMPOO | 3.50 | 3.50 |
| 1 | 0040 | 28344 | MAGNIFICENT HAIR FOOD | | |
| 1 | 0115 | 28058 | MEN A/P SPORT TALC 3 OZ | | |
| 1 | 0214 | 81233 | COCOA BUTTER LOTION 15OZ | 2.25 | 2.25 |
| 1 | 0530 | 28101 | CLOSE UP TOOTHPASTE 4 OZ. | 2.50 | 2.50 |
| 1 | 2320 | 87040 | 6OZ TANG CLEAR | 2.00 | 2.00 |
| 1 | 3025 | 48707 | VANILLA CREME COOKIES | | 2.00 |
| 1 | 3093 | 81876 | SL PEANUT BTTR CRMS 14OZ | 1.60 | 1.60 |
| 4 | 3230 | 81704 | SL PEANUT BUTTER WAFERS | 1.60 | 6.40 |
| 4 | 3248 | 84705 | SL ICED CINNAMON ROLL | .65 | 2.60 |
| 2 | 3287 | 84715 | BLUEBERRY DONUTS 6/PK | 2.25 | 4.50 |
| 2 | 5034 | 8094 | HOT CARVERS ASST. LUNCH | | 3.70 |
| 1 | 6119 | 8910 | CR ROUND TORTILLA CHIPS | 1.65 | 1.65 |
| 1 | 6150 | 8911 | KEEFE 19.3 NACHO CHIPS | 1.70 | 1.70 |
| 1 | 6155 | 8912 | KEEFE 19.3 CAJUN CHIPS | 1.65 | 1.65 |
| 5 | 6210 | 48701 | PEANUTS | .40 | 2.00 |
| 5 | 6320 | 6371 | BEEF & CHEESE STICK | .55 | 2.75 |
| 2 | 6471 | 83204 | CHICKEN VIENNA SAUSAGE | .75 | 1.50 |

SALES TAX
ORDER    48.75
FUND BAL 51.25

LIST SHORTAGES AND/OR DAMAGES HERE:
ITEM#    QUANTITY    CATEGORY/DESCRIPTION

SIGNED _____

WITNESSED BY _____   DATE _____

KEEFE COMMISSARY NETWORK SALES
P.O. BOX 17490
ST LOUIS, MO 63178-7490

| NAME: RIVERS TERRY | | | | ORDER DATE: | 11/29/05 |
| --- | --- | --- | --- | --- | --- |
| NBR: 48333 | | | | ORDER NBR: | 21858 |
| BLOCK: M  TIER:  CELL: | | | 32403J 001 | CPR NBR: 31075 | 1 |
| SITE: KCN HOUSTON COUNTY JAIL | | | | BEG FUND BAL: | 7.25 |
| | | | | PAGE: | 1 |

| ORDER QTY | SITE ITEM# | KEEFE ITEM# | ITEM DESCRIPTION | ITEM PRICE | TOTAL PRICE |
| --- | --- | --- | --- | --- | --- |
| 1 | 0214 | 822333 | COCOA BUTTER LOTION 15OZ | 2.25 | 2.25 |
| 1 | 0415 | 28922 | 3.5 OZ. TONE SOAP | .90 | .90 |
| 1 | 0520 | 28074 | 2.7OZ COLGATE TOOTHPASTE | 1.85 | 1.85 |
| 1 | 0554 | 921497 | SECURITY TOOTHBRUSH | .60 | .60 |
| 1 | 2300 | 87040 | 6OZ TANG SUGAR | 1.00 | 1.00 |
| 1 | 6320 | 8271 | BEEF & CHEESE STICK | .55 | .55 |
| | | | SUB-TOTAL | | 7.15 |
| | | | SALES TAX | | .00 |
| | | | ORDER TOTAL | | 7.15 |
| | | | FUND BALANCE | | .10 |

Will deliver after 4

LIST SHORTAGES AND/OR DAMAGES HERE:
ITEM#      QUANTITY      CATEGORY/DESCRIPTION

SIGNED _____ DATE _____

WITNESSED BY _____ DATE _____

KEEFE COMMISSARY NETWORK SALES
P.O. BOX 17490
ST LOUIS, MO 63178-7490

NAME: RIVERS, TERRY                                  ORDER DATE: 11/07/
NBR: 48333                                           ORDER NBR: 09760
LOCK: G      TIER: V     CELL:                       CPR NBR: 30605
SITE: KCN HOUSTON COUNTY JAIL         32405J 001     BEG FUND BAL: 35.00
                                                     PAGE: 1

| ORDER SITE QTY ITEM# | KEEFE ITEM# | ITEM DESCRIPTION | ITEM PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 1 0115 | 25066 | MEN A/R SPORT TALC 3 OZ | 2.75 | 2.75 |
| 1 0214 | 82333 | COCOA BUTTER LOTION 15OZ | 2.25 | 2.25 |
| 1 0526 | 26074 | 2.7 COLGATE TOOTHPASTE | 1.85 | 1.85 |
| 4 3045 | 81871 | SL 6OZ DPLX CREME COOKIES | .80 | 3.20 |
| 2 3050 | 81861 | SL CHOCOLATE CHIPS 16OZ | 1.75 | 3.50 |
| 1 3052 | 81885 | SL VANILLA WAFER 14OZ | 1.75 | 1.75 |
| 3 3230 | 84709 | SL PEANUT BUTTER WAFERS | 1.60 | 4.80 |
| 3 3248 | 84702 | SL ICED CINNAMON ROLL | .65 | 1.95 |
| 1 3251 | 6530 | POPTARTS STRAWBERRY 6/BX | 2.25 | 2.25 |
| 2 3290 | 84705 | BLUEBERRY DONUT HOLES | .95 | 1.90 |
| 2 4304 | 5844 | BABY RUTH | .75 | 1.50 |
| 1 4310 | 48609 | LEMON DROPS | .85 | .85 |
| 1 6117 | 8913 | C.W. CHEESE CRUNCH 4OZ | 1.70 | 1.70 |
| 1 6119 | 8910 | CA ROUND TORTILLA CHIPS | 1.65 | 1.65 |
| 2 6320 | 6271 | BEEF & CHEESE STICK | .55 | 1.10 |
| 1 6347 | 83204 | CHICKEN VIENNA SAUSAGE | 1.75 | 1.75 |

SUBTOTAL: 34.75
SALES TAX: .00
ORDER TOTAL: 34.75
FUND BALANCE: .25

LIST SHORTAGES AND/OR DAMAGES HERE:
ITEM#    QUANTITY    CATEGORY/DESCRIPTION

SIGNED _____ DATE _____
WITNESSED _____ DATE _____