**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   T. Walker
   Houston County Jail
   901 E. Main Street
   Dothan, AL 36301

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                  1-6-06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

   1:05CV1184-T
   C & S

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
   *(Transfer from service label)*
   7005 0390 0000 5269 3810

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540