IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MUHAMMAD AL-AMEEN, ) <br> f.k.a., TERRY D. RIVERS, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOUSTON COUNTY JAIL NURSING, et al., ) <br> ) <br>     Defendants. ) | CASE NO. 1:05-CV-1184-MHT |

**ORDER**

This court has determined that the plaintiff is no longer at the address he had provided for service. As the administration of this case cannot proceed if the plaintiff's whereabouts remain unknown to this court, it is

ORDERED that:

1. On or before January 20, 2006, the plaintiff shall show cause why this case should not be dismissed for his failure to comply with the orders of this court and his failure to adequately prosecute this action.

2. The defendants shall file no response to the complaint unless and until further order of this court.

The plaintiff is specifically *cautioned* that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done this 13th day of January, 2006.

                                        /s/Charles S. Coody
                               CHARLES S. COODY
                               CHIEF UNITED STATES MAGISTRATE JUDGE